FILED
2021 Feb-12 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**ELECTRONICALLY FILED**
1/13/2021 3:39 PM
31-CV-2021-900024.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number: 31 | Date of Filing: 01/13/2021 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**SHAWN J. JONES v. THE HARTFORD**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
ALL016     1/13/2021 3:39:34 PM     /s/ MYRON KAY ALLENSTEIN
           Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

ELECTRONICALLY FILED
1/13/2021 3:39 PM
31-CV-2021-900024.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| SHAWN J. JONES, | * |
| Plaintiff, | * |
| v. | *   Case Number: _____ |
| THE HARTFORD, | * |
| Defendant. | * |

## COMPLAINT

1. Plaintiff, age 59, is a disabled former oil field worker.

2. Plaintiff has long term disability benefits through Defendant The Hartford.

3. Plaintiff was involved in an automobile accident in 2006 when the vehicle he was driving was rear-ended by a drunk driver.

4. Plaintiff is disabled due to injuries sustained in the accident which resulted in a bulging disc at C4-5, C5-6, C6-7 and radiculitis in his left arm and fingers, Bell's Palsy, migraine headaches, PTSD, major depression. He also suffers from hypertension and is blind in his right eye.

4. Plaintiff applied for and received long term disability benefits, but The Hartford terminated benefits in November 2019.

5. Plaintiff is owed benefits from December 2019 to the present time.

6. Plaintiff receives Social Security disability benefits.

7. Plaintiff has exhausted all administrative remedies.

8. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.00.

s/MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com

ELECTRONICALLY FILED
1/13/2021 3:39 PM
31-CV-2021-900024.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| SHAWN J. JONES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case Number: _____ |
| | * |
| THE HARTFORD, | * |
| | * |
| Defendant. | * |

## WAIVER OF SERVICE OF PROCESS

TO:   MYRON K. ALLENSTEIN
        ALLENSTEIN & ALLENSTEIN, LLC
        141 South 9th Street
        Gadsden, AL  35901
        Attorney for Shawn J. Jones

    I acknowledge receipt of your request that I waive service of process in the lawsuit of *Shawn J. Jones v. The Hartford* in the Circuit Court of Etowah County, Alabama.  I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by not requiring that The Hartford be served with judicial process in the manner provided by Ala.R.Civ.P.4.

    The Hartford will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for any objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against Defendant The Hartford if a written response is not served upon you on or before _____, 2021.


Dated: _____                      _____
                                                                            WILLIAM B. WAHLHEIM, JR.
                                                                            Attorney for Defendant
                                                                            The Hartford



AlaFile E-Notice

31-CV-2021-900024.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

SHAWN J. JONES V. THE HARTFORD
31-CV-2021-900024.00

The following complaint was FILED on 1/13/2021 3:39:21 PM

Notice Date:    1/13/2021 3:39:21 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150